IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 6:24cr943 |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| v. | ) | 18 U.S.C. § 2253 |
| | ) | 28 U.S.C. § 2461(c) |
| DANIEL KELLAN MAYFIELD | ) | |
| | ) | <u>INFORMATION</u> |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>
<u>(Possession of Child Pornography)</u>

On or about May 27, 2023, in the District South Carolina, the Defendant, **DANIEL KELLAN MAYFIELD**, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which involved a prepubescent minor or a minor who had not attained 12 years of age, which were produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, in that he did possess an Apple iPhone 12 Max (Serial Number: G0NDQ5EC0D44) and a Brickhouse Security Camera with 32GB SD Plus Micro SD card on which were stored visual depictions of minors engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2);

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

# FORFEITURE

POSSESSION OF CHILD PORNOGRAPHY:

Upon conviction for violation of Title 18, United States Code, Section 2252A as charged in this Information, the Defendant, **DANIEL KELLAN MAYFIELD,** shall forfeit to the United States his interest in:

(1) any visual depiction described in section 2251, 2251A, 2252 or 2252A of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and,

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

PROPERTY:

The property subject to forfeiture pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c), includes, but is not limited to, the following:

A.  Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offense charged in this Information, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violation of Title 18.

    B.    <u>Electronic Equipment</u>:

        (1)    Brickhouse Security Camera with 32GB SanDisk SD Plus Micro SD card

        (2)    SanDisk Cruzer Glide 32GB
Serial Number: BM1503252428

        (3)    Seagate Backup Plus Slim 2TB
Serial Number: NABE51K2

        (4)    Seagate FreeAgent Go 500 GB
Serial Number: 2GE7KZ1Y

        (5)    64GB SD Card (clock camera)
Serial Number: X002J8ZCZP

        (6)    64GB SD Card (clock camera)
Serial Number: X002J8ZCZP

        (7)    Apple iPhone 12 Pro Max
IMEI: 350002260702883
Serial Number: G0NDQ5EC0D44

        (8)    Apple MacBook Pro
Serial Number: C02VQ7L6HV2M

<u>SUBSTITUTE ASSETS</u>:

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by 18 U.S.C. § 982(b)(1) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property;

All pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c).

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *Winston Marosek*
Winston I. Marosek (Fed. ID 13189)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Tel:   864-282-2100
Fax:   864-233-3158
Email: Winston.Marosek@usdoj.gov